**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ALPINESTARS S.P.A.,<br><br>                   Plaintiff,<br>     v.<br>UNITED STATES,<br><br>                   Defendant. | **Court Nos. 08-00367**<br>and attached schedule<br>of cases |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-captioned action, and the attached schedule of cases, previously assigned to the Honorable Thomas J. Aquilino, Jr., are hereby reassigned to the Honorable Mark A. Barnett.

Dated at New York, New York, this 2nd day of October 2025.

                                                /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge

**SCHEDULE**

Attached to Order of October 2, 2025
Reassignment of Alpinestars S.P.A. Cases:

Court No.
08-00407
08-00408
09-00074
09-00075
09-00076
09-00077
09-00107
09-00112
09-00113
09-00114
09-00115
09-00131
09-00147
09-00176
09-00178
09-00179
09-00319
09-00320
09-00321
09-00322
09-00388
09-00389
09-00393
09-00417
09-00418
09-00512
09-00513
09-00517
10-00005
10-00006
10-00008
10-00009
10-00024
10-00025
10-00027
10-00028
10-00078
10-00079
10-00080