UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| ALPINESTARS S.P.A., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : <br> : | Court No. 08-0367 <br> and Attached Schedule |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that Monica P. Triana hereby enters her appearance as principal attorney of record for the United States, defendant in the above-captioned actions, and requests that all papers in connection therewith be referred to her attention. Mr. Luke Mathers may be removed as an attorney of record in these matters.

                                      Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General

                                      PATRICIA M. McCARTHY
                                      Director

                                      /s/ Justin R. Miller
                                      JUSTIN R. MILLER
                                      Attorney-In-Charge
                                      International Trade Field Office

                                      /s/ Monica P. Triana
                                      MONICA P. TRIANA
                                      Senior Trial Counsel
                                      Department of Justice, Civil Division
                                      Commercial Litigation Branch
                                      26 Federal Plaza, Room 346
                                      New York, New York 10278
                                      (212) 264-9240

Dated: November 14, 2025                    *Attorneys for Defendant*

## SCHEDULE TO NOTICE OF SUBSTITUTION

**Court Nos.**
08-0407
08-0408
09-0074
09-0075
09-0076
09-0077
09-0107
09-0112
09-0113
09-0114
09-0115
09-0131
09-0147
09-0176
09-0178
09-0179
09-0319
09-0320
09-0321
09-0322
09-0388
09-0389
09-0393
09-0417
09-0418
09-0512
09-0513
09-0517
10-0005
10-0006
10-0008
10-0009
10-0024
10-0025
10-0027
10-0028
10-0078
10-0079
10-0080